# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

## NOTICE OF APPEAL

_____ * _____
Plaintiff  *  District Court Docket Number

_____ *  _____
Defendant  *  District Court Judge

Notice is hereby given that _____ appeals to the United States Court of Appeals for the Eighth Circuit from the ❏ Judgment ❏ Order entered in this action on _____.

_____  _____
Signature of Appellant/Cnsl  Street Address

_____  _____
Date  City          State     Zip

_____  _____
Typed/printed Name  Telephone Number

**Transcript Order Form:** ( To be completed by attorney for appellant )

Please prepare a transcript of:_____
(Specify)

I am not ordering a transcript because:_____
(Specify)

## CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon the US District Court, court reporter, and all counsel of record and that satisfactory arrangement for payment of cost of transcripts ordered have been made with the court reporter (FRAP 10(b))

Attorney's Signature _____  Date: _____

**NOTE: COMPLETE APPROPRIATE APPEAL SUPPLEMENT FORM**